[865 NE2d 1247, 834 NYS2d 81]

ADA ZONA et al., Appellants, v JELD-WEN, INC., et al., Respondents. (Action No. 1.)

ADA ZONA et al., Appellants, v JELD-WEN, INC., et al., Respondents. (Action No. 2.)

Decided March 29, 2007

912

APPEARANCES OF COUNSEL

*Osborn, Reed & Burke, LLP,* Rochester (*Thomas J. Rzepka* of counsel), for appellants.

*Hodgson Russ LLP*, Albany (*Noreen DeWire Grimmick* of counsel), for respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, for the reasons stated in the memorandum of the Appellate Division (34 AD3d 1189 [2006]).

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.